**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

Eastern District of Kentucky
FILED
MAR 16 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

RONALD JOHNSON )
)
PLAINTIFF )
) Civil Action No. 5:25-cv-00246-KKC-EBA
v. )
)
COVETRUS, INC., )
)
DEFENDANT )
)

**RESPONSE TO INCOMPLETE AND DEFICENT DISCOVERY RESPONSES COMPLAINT BY DEFENDANTS.**

Now comes the Plaintiff, Mr. Johnson in response to the complaint filed by defendants. In the deficient letter, the Defendant accuses the Plaintiff of not answering questions. Mr. Johnson answered the questions.

Interrogatories 1, 16, 17,18. The information sought by the defendants is information that has been entered either in the amended complaint or the original. The information sought they can get from the EEOC commission themselves. Mr. Johnson also has filed the information they seek in the courts. In requests 1,2,4,5,8. The information they seek, they already have. Plaintiff does not have the documents they seek. These requests are repetitive and have already been filed in the amended complaint.

Interrogatories 2 and 3. This is a fishing expedition by the defendants. The information sought is irrelevant to the subject of this matter and cannot be used in a civil matter. (Code of Civ. Proc. 2017.010).

Plaintiff has already disclosed information sought for interrogatories 5 & 6. The individuals named are the only people that have knowledge. I have already submitted damages to the court in my amended complaint.

Requests and interrogatory 7, 18, 22. **Mann v. University of Cincinnati, 824 F. Supp. 1190 (S.D. Ohio 1993):** This case recognized that the federal courts protect a patient's constitutional right to privacy regarding medical records. The court highlighted the "right to be let alone" and noted that while relevant information is discoverable, irrelevant, sensitive information is not. **In re Barnes, 655 S.W.3d 658 (Tex. App. 2022) (Applying similar principles to federal standards):** While a state case, it highlights a crucial principle often applied in federal court: a general request for mental anguish damages does not allow a defendant to discover the entirety

of a party's medical/mental health records. Records must be "closely related in time and scope to the claims made". In this case Mr. Johnson has made it clear in the documents sent to the Defendant that he never sought medical or mental health as he took a Personal Leave of Absence due to Ms. Happy's actions. The plaintiff objects to Defendants request.

Interrogatory 8. Defendants already have this information.

Interrogatory 9&10. Relevance: The requested financials do not directly relate to the core claims of the case. Mr. Johnson's job seeking or employment has absolutely no bearing on this case. The complaint filed and the amount of damages sought and wages lost only concern Covetrus had discrimination not occurred.

Interrogatories 9,10,11,15,16,17, 19. All these questions are in reference to the same information sought that has been propounded in previous questions asked by the defendant. The defendant was only trying to harass Mr. Johnson at this point and kept seeking the same information over and over again.

Request 8: Defendant seeks information that it already has. Mr. Johnson's only communication was with HR, and the DC manager.

Interrogatory 12: This is a fishing expedition by the defendants. The information sought is irrelevant to the subject of this matter and cannot be used in a civil matter. (Code of Civ. Proc. 2017.010).

Requests 20&21. The information they seek is irrelevant to the matter in this case. The discovery is designed to harass rather than find relevant facts.

The Plaintiff states, "the defendants are seeking information that has no bearings on this case and prays that the courts allow the objections and answers to remain as is." This is a simple case. Covetrus hired an underqualified white person, who had no warehouse managerial experience nor the minimum Bachelor's Degree and did not promote Mr. Johnson who has over 10 years of warehouse managerial experience and has a Master's Degree in Administrative Business Management is was simply because he was black.

Respectfully Submitted

Ronald Johnson, PRO SE