**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| RONALD JOHNSON | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Civil Action No. 5:25-cv-00246-KKC-EBA |
| v. | ) | |
| | ) | |
| COVETRUS, INC., | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff, Ronald Johnson, *pro se*, and the Defendant Covetrus, Inc. ("Covetrus"), by and through counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims filed by Plaintiff against Covetrus are hereby dismissed with prejudice,

All matters in controversy having been resolved and each party to bear his / its own costs.

**AGREED TO AND TENDERED BY:**

s:\ Ronald Johnson (with permission)
Ronald M. Johnson
111 Flinn Court
Georgetown, KY 40324
Ronn.ronj@gmail.com

*Plaintiff, pro se*

s:\ Robert C. Rives, IV
Robert C. Rives, IV
Trent A. Taylor
A. Lani Ceballos
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 581-8000
(502) 581-8111 (Fax)
robert.rives@dinsmore.com
trent.taylor@dinsmore.com
lani.ceballos@dinsmore.com

*Counsel for Defendant*

This 4th day of September, 2026.

**Signed By:**

***Karen K. Caldwell*** KKC

**United States District Judge**